UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

KEVIN CARROLL, et. al.,       )
                              )
    Plaintiffs,               )
                              )    Civil Action No.
v.                            )    3:13-cv-141-JMH
                              )
CMH HOMES, INC., et. al.,     )    **JUDGMENT**
                              )
    Defendants.               )
                              )

                            ***

In accordance with the Court's Memorandum Opinion and Order of even date and entered contemporaneously herewith,

**IT IS HEREBY ORDERED**:

(1) that Defendant's Motion for Entry of Judgment under Rule 54(b) [D.E. 100] is **DENIED**;

(2) that Defendant's Motion for Summary Judgment [D.E. 101] is **GRANTED** and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**;

(3) that Defendant's Counterclaim is **DISMISSED AS MOOT**;

(4) that all scheduled proceedings are **CONTINUED GENERALLY**;

(5) that all pending motions are **DENIED AS MOOT**; and

(6) that this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 4th day of June, 2013.



Signed By:
Joseph M. Hood
Senior U.S. District Judge

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
 CLERK OF COURT